George Booth, Appellant, v. Martha R. Grillon, sole heir at law of the estate of Odet Grillon, Appellee.

Appeal from an Interlocutory Order of the Circuit Court for Hillsborough County.

Order of the Circuit Court affirmed; Per Curiam decision of the Court.

C. B. Parkhill and J. T. Watson, Jr., for Appellant;

H. C. Gordon and Victor Knight, for Appellee.

———

A. M. Wing, Plaintiff in Error, v. United Grocery Company, a Corporation, Defendant in Error.

Writ of Error to a Judgment of the Circuit Court for Marion County.

Judgment of the Circuit Court affirmed; Per Curiam decision of the Court.

Spencer & Hocker, for Plaintiff in Error;

W. K. Zewadski, for Defendant in Error.

———

J. D. Bell, *et al.*, Petitioners, v. S. S. Coachman, *et al.*, Respondents.

Original Proceedings.

Petition to stay further proceedings on part of Respondents, pending an appeal, denied by the court.